No. 542. SOUTH CAROLINA POWER CO. *v.* SOUTH CAROLINA TAX COMMISSION ET AL.;

No. 566. BROAD RIVER POWER CO. *v.* QUERY ET AL.; and

No. 567. LEXINGTON WATER POWER CO. *v.* SAME.

Argued April 13, 1932. Decided April 18, 1932. *Per Curiam:* The orders denying interlocutory injunctions are affirmed. *Alabama* v. *United States,* 279 U. S. 229, 231; *United Fuel Gas Co.* v. *Public Service Commission,* 278 U. S. 322, 326; *National Fire Insurance Co.* v. *Thompson,* 281 U. S. 331, 338; *United Drug Co.* v. *Washburn,* 284 U. S. 593; *Binford* v. *J. H. McLeaish & Co.,* 284 U. S. 598. *Mr. Arthur R. Young,* with whom *Mr. M. Rutledge Rivers* was on the brief, for the South Carolina Power Co. *Mr. George M. Le Pine,* with whom *Messrs. C. Edward Paxson* and *W. C. McLain* were on the brief, for the Broad River Power Co. and the Lexington Water Power Co. *Messrs. John M. Daniel,* Attorney General of South Carolina, *Cordie Page,* Assistant Attorney General, and *J. Fraser Lyon* were on the brief for appellees.